

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br><br>v.<br><br>GREGORIO FIERROS-LEONIDES,<br><br><br>DEFENDANT(S). | CASE NUMBER<br><br>8:20-mj-00790-DUTY<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defense Counsel_____, IT IS ORDERED that a detention hearing is set for __November, 18_____, __2020_____, at __11:00_____ ☒a.m. / ☐p.m. before the Honorable __Douglas F. McCormick_____, in Courtroom __10D_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __November 12, 2020_____

DOUGLAS F. McCORMICK
U.S. Magistrate Judge